# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00091-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEKA SIMMONS,

    Defendant.

---

## MOTION TO DISMISS INDICTMENT

---

Under Federal Rule of Criminal Procedure 48(a), the United States of America moves to dismiss the indictment in this case with prejudice. Based on information discovered since the indictment was returned, the government believes that dismissal is in the best interests of justice.

Dated: December 7, 2021

Respectfully submitted,

COLE T. FINEGAN
United States Attorney

By: s/ *Rajiv Mohan*
Rajiv Mohan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0406
E-mail: Rajiv.Mohan@usdoj.gov

1

# CERTIFICATE OF SERVICE

      I hereby certify that on December 7, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case:

Jennifer Beck                    jennifer_beck@fd.org

By: s/ *Rajiv Mohan*
Rajiv Mohan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0406
E-mail: Rajiv.Mohan@usdoj.gov